IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

VINNIE L. SMITH                                                                         PLAINTIFF

v.                              No: 2:22-cv-43-DPM

FAMILY DOLLAR, INC. and
DOLLAR TREE, INC.                                                                    DEFENDANTS

ORDER

Katherine Church Campbell is on my recusal list. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Court directs the Clerk to reassign this case to Judge Miller, who has a related case (No. 2:22-cv-40-BSM).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2022